UNITED STATES DISTRICT COURT FOR THE DISTRICK OF COLUMBIA

**FILED**
SEP 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Edmond K. Machie
1655 North Fort Myer Drive
Suite 700
Arlington, VA 22209
Tel: (703) 862-2837

VS

Nancy Demme
Commander
Montgomery County Department of Police
2300 Randolph Road
Wheaton, MD 20902

Case: 1:08-cv-01652
Assigned To : Huvelle, Ellen S.
Assign. Date : 9/29/2008
Description: Employ Discrim.

## COMPLAINT

I.   In December 2007, I was hired into the position of Police Intern. I was subjected to unfair treatment because of my race, Black, and national origin, Cameroon, with respect to the terms and conditions of employment and discharge. On January 12, 2008, I was arrested and falsely charged with conspiracy with resulted in my dismissal.

II.  On January 12, 2008, this employer informed me that I was discharged because I went to the home of women from Cameroon and they charged me with theft of over $500.00.

III. I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, because of my race, Black, and national origin, Cameroon, with respect to the terms and conditions of employment and discharge.

I'm requesting from this court a judgment against the Defendant for $35,000,000 Thirty Five Million Dollar

ORIGINAL SIGNATURE

*[signature]*

Edmond K. Machie
1655 North Fort Myer Drive
Suite 700
Arlington, VA 22209

**RECEIVED**
SEP 1 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1