EEOC Form 161 (2/08)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# DISMISSAL AND NOTICE OF RIGHTS

To: **Edmond K. Machie**
**1655 North Fort Meyer Drive**
**Apt. #700**
**Arlington, VA 22209**

From: **Baltimore Field Office**
**10 South Howard Street**
**3rd Floor**
**Baltimore, MD 21201**

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2008-01309 | **Loretta G. Miller,** Investigator | (410) 209-2215 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____          8-20-08
Gerald S. Kiel,                                              *(Date Mailed)*
Director

Enclosures(s)

cc:   **Nancy Demme**
**Commander**
**MONTGOMERY COUNTY DEPT. OF POLICE**
**2300 Randolph Road**
**Wheaton, MD 20902**

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>570-2008-01309 and EEOC |
|---|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Mr. Edmond K. Machie** | Home Phone (Incl. Area Code)<br>**(703) 862-2837** | Date of Birth<br>**08-19-1969** |
|---|---|---|
| Street Address<br>**1655 North Fort Meyer Drive, Apt. #700,** | City, State and ZIP Code<br>**Arlington, VA 22209** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**MONTGOMERY CNTY DEPT. OF POLICE** | No. Employees, Members<br>**Unknown** | Phone No. (Include Area Code)<br>**(240) 773-5500** |
|---|---|---|
| Street Address<br>**2300 Randolph Road,** | City, State and ZIP Code<br>**Wheaton, MD 20902** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 01-12-2008   Latest: 01-12-2008<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. In December 2007, I was hired into the position of Police Intern. I was subjected to unfair treatment because of my race, Black, and national origin, Cameroon, with respect to terms and conditions of employment and discharge. On January 12, 2008, I was arrested and falsely charged with conspiracy which resulted in my dismissal.

II. On January 12, 2008, this employer informed me that I was discharged because I went to the home of women from Cameroon and they charged me with theft of over $500.00.

III. I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, because of my race, Black, and national origin, Cameroon, with respect to terms and conditions of employment and discharge.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>07/10/08      *[signature]*<br>Date         Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |