IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDMOND K. MACHIE | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Case No. 1:08-CV-01652 |
| | * | |
| NANCY DEMME | * | |
| Defendant | * | |

## ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Nancy Demme, by and through counsel and pursuant to the Rules of this Court, Answer Plaintiff's' Complaint as follows:

### FIRST DEFENSE

Defendant generally denies liability as alleged in the Complaint pursuant to Federal 8(b), except as otherwise noted below.

### SECOND DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief may be granted.

### THIRD DEFENSE

Defendant did not discriminate against nor violate Title VII of the Civil Rights Act of 1964.

### FOURTH DEFENSE

Defendant Nancy Demme is not a proper person to be sued under Title VII of the Civil Rights Act.

## FIFTH DEFENSE

This action is barred by the applicable statute of limitations.

## SIXTH DEFENSE

This action is barred by the doctrine of waiver.

## SEVENTH DEFENSE

This action is barred by the doctrine of release.

## EIGHTH DEFENSE

Defendant denies the nature, extent and causal relationship of the damages claimed by Plaintiffs.

## NINTH DEFENSE

The Defendant possesses governmental immunity, public official immunity, statutory immunity and/or qualified immunity.

## TENTH DEFENSE

To the extent Plaintiffs are entitled to any damages in this case, Defendants are entitled to the statutory limit on damages as set forth in the Local Government Tort Claims Act as codified in Md. Code Ann., Cts. & Jud. Proc., § 5-303(a), *et seq*

## ELEVENTH DEFENSE

Defendant failed to exhaust administrative remedies.

## TWELFTH DEFENSE

Defendants deny Plaintiff's claim of damages.

## THIRTEENTH DEFENSE

Defendants are entitled to all statutory limitations on liability and damages provided for

by law.

## FOURTEENTH DEFENSE

Defendant responds to the enumerated allegations of Plaintiff's Complaint as follows:

1. Defendant is without sufficient information to admit or deny the allegations with regard to dates alleged in Paragraph I of the Complaint. Defendant denies the allegations in the remainder of Paragraph I.

2. Defendant denies the allegations set forth in paragraph II.

3. Defendant denies the allegations set forth in paragraph III.

## FIFTEENTH DEFENSE

Defendant further states that any and all allegations not affirmatively admitted are denied.

WHEREFORE, Defendant requests that this Court:

1. Dismiss Plaintiff's Complaint;

2. Deny Plaintiff all relief requested; and

3. Enter judgment in favor of Defendant.

Respectfully submitted,

LEON RODRIGUEZ
COUNTY ATTORNEY

_____/s/_____
Paul F. Leonard, Jr.
Associate County Attorney
Federal Bar No. 413057

Attorney for Defendants
101 Monroe Street, Third Floor
Rockville, Maryland 20850

(240) 777-6700

## DEMAND FOR JURY TRIAL

Defendant Nancy Demme hereby demands a trial by jury on all issues so triable.

/s/
Paul F. Leonard, Jr.
Associate County Attorney
Bar No. 413057

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of October 2008, a copy of the foregoing was e-filed and sent via first class mail, postage prepaid to:

Edmond K. Machie
1655 North Fort Myer Drive
Suite 700
Arlington, VA  22209

/s/
Paul F. Leonard, Jr.
Associate County Attorney

Filed: October 20, 2008

4