IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EDMOND K. MACHIE | * |
| Plaintiff | * |
| v. | * Case No. 8:08-CV-3321 |
| NANCY DEMME | * |
| Defendant | * |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION TO CONSOLIDATE

Defendant Nancy Demme, by and through her undersigned attorneys, and pursuant to Fed. R. Civ. P. 56(b), hereby requests the Court enter judgment in favor of Defendant as Defendant is entitled to a judgment as a matter of law, or in the alternative, moves to consolidate, and states as follows:

1. On September 29, 2008, Plaintiff filed a Complaint in the United States District Court for the District of Columbia alleging discrimination. *See Plaintiff's Complaint.* On December 8, 2008, the case was transferred to this Court.

2. The Complaint alleges that Plaintiff was discriminated against on the basis of race and national origin pursuant to Title VII of the Civil Rights Act. However, Plaintiff cannot maintain a claim against an individual defendant on that basis.

3. Plaintiff failed to make out a prima facie case of racial and national origin discrimination.

4. In the alternative, as Plaintiff has filed a new claim in this Court, *Machie v. Manger, et al., civil no.* AW-09-2196, alleging similar facts to the present case, should summary judgment

not be rendered in favor of defendant, defendant requests that this case be consolidated with the newly filed case.

5. Therefore, as there exists no dispute of material fact and Plaintiff has failed to assert a claim upon which relief can be granted, Defendant is entitled to judgment in its favor.

6. The Court is directed to the accompanying Memorandum of Grounds and Authorities in Support of the Defendant's Motion for Summary Judgment, or in the Alternative, Motion to Consolidate and Exhibits attached thereto.

WHEREFORE, Defendant requests that judgment be entered in her favor and against Plaintiff on all counts of the Complaint, and grant such other relief as this Court deems appropriate.

Respectfully submitted,

LEON RODRIGUEZ
COUNTY ATTORNEY

/s/
Patricia P. Via, Chief
(signed by Heather A. Mulloy with permission of Patricia P. Via)
Division of Litigation
Federal Bar No. 04829

/s/
Heather A. Mulloy
Associate County Attorney
Federal Bar No. 13952
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700
Attorney for Defendant

Filed: December 7, 2009

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 7th day of December 2009, a copy of Defendant's Motion for Summary Judgment or, in the Alternative, Motion to Consolidate, Memorandum of Grounds and Authorities in Support of Defendant's Motion for Summary Judgment or, in the Alternative, Motion to Consolidate and attached Exhibits were electronically filed and sent via first class mail, postage prepaid to:

Edmond K. Machie
1660 International Drive
Suite 400
McLean, Virginia  22102

>                /s/
> _____
> Heather A. Mulloy
> Associate County Attorney