EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 570-2008-01309 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Edmond K. Machie | (703) 862-2837 | 08-19-1969 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1655 North Fort Meyer Drive, Apt. #700, | Arlington, VA 22209 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MONTGOMERY CNTY DEPT. OF POLICE | Unknown | (240) 773-5500 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2300 Randolph Road, | Wheaton, MD 20902 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-12-2008   Latest: 01-12-2008

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. In December 2007, I was hired into the position of Police Intern. I was subjected to unfair treatment because of my race, Black, and national origin, Cameroon, with respect to terms and conditions of employment and discharge. On January 12, 2008, I was arrested and falsely charged with conspiracy which resulted in my dismissal.

II. On January 12, 2008, this employer informed me that I was discharged because I went to the home of women from Cameroon and they charged me with theft of over $500.00.

III. I believe that I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, because of my race, Black, and national origin, Cameroon, with respect to terms and conditions of employment and discharge.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

07/10/08   [signature]
Date   Charging Party Signature

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EXHIBIT 1