IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
LODGED
ENTERED
RECEIVED

DEC 2 3 2009

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPU

| | |
|---|---|
| EDMOND MACHIE | * |
| | * |
| **Plaintiff** | * |
| | * |
| V. | * |
| | * |
| NANCY DEMME (Commander) | * |
| Montgomery County Police Chief | * |
| | |
| J. Thomas Manger | * |
| | |
| Officer PAK | * |
| Officer K. C. HAAK, | * |
| Janis Froehlich | * |
| David W. Linn | * |
| | * |
| **Defendant** | * |

CIVIL ACTION No: 8:08-CV-3321

## PLAINTIFF'S OPPOSITION TO DEFENDANT MOTION FOR SUMMARY JUDGEMENT OR, IN THE ALTERNATIVE, MOTION TO CONSOLIDATE

PLAINTIFF Edmond Machie (hereinafter referred to as "PLAINTIFF", hereby move this court pursuant to the Defendant's motion for summary Judgment or, in the alternative, motion to consolidate of the 7th day of December, 2009, The PLAINTIFF submit a motion for Opposition.

WHEREFORE, PLAINTIFF requests that Defendant's Motion for Summary Judgment or, in the Alternative, Motion to Consolidate should be denied.

Respectfully submitted,

EDMOND MACHIE
1660 International
Drive
Suite 400
Mc Lean VA 22102
Tel: (703) 862-2837

## CERIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December, 2009, a copy of the foregoing was sent via first class mail. Postage prepaid to:

Heather A. Mulloy
Associate County ATTORNEY
Bar No. 13952
Attorney for DEFENDANT
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700                                                    /S/

EDMOND MACHIE
1660 International Drive
Suite 400
Mc Lean VA 22102
Tel: (703) 862-2837

Date: 21st day of December, 2009

## PLAINTIFF'S OPPOSITION TO DEFENDANT MOTION FOR SUMMARY JUDGEMENT OR, IN THE ALTERNATIVE, MOTION TO CONSOLIDATE

### PARTIES AND JURISDICTION

PLAINTIFF Edmond Machie is a permanent resident of Arlington, Virginia and a citizen of Cameroon

2.  DEFENDANT [1] Montgomery County Police Chief J. Thomas Manger Montgomery County Police Chief and is the Montgomery County Police Chief and is a citizen of the United States of America.

    DEFENDANT [2] NANCY DEMME Police Commander, Montgomery County, State of Maryland, and a citizen of the United States of America

    DEFENDANT [3] Officer KYE S. PAK is the Police Officer, Montgomery County, State of Maryland, and a citizen of the United States of America

    DEFENDANT [4] Officer K. C. HAAK is the Police Officer, Montgomery County, State of Maryland, and a citizen of the United State of America

    DEFENDANT [5] Officer Janis Froehlich is the Volunteer Resources Section Supervisor, Montgomery County, State of Maryland, and a citizen of the United State of America

    DEFENDANT [6] Officer David W. Linn is the Technology Department Director, Montgomery County, State of Maryland, and a citizen of the United State of America

3.  There is complete diversity of citizenship between the PLAINTIFF and all of the DEFENDANTS, and the matter in controversy exceeds, exclusive of interest and

costs, the sum of $75,000. Therefore, this court has jurisdiction over the subject matter of the action pursuant to *28 U.S.C. § 1332(a)*.

## STATEMENT OF THE CASE AND FACTS

4. In December 2007, PLAINTIFF was hired into the position of Police Intern. PLAINTIFF was subjected to unfair treatment because of PLAINTIFF's race, Black, and national origin, Cameroon, with respect to the terms and conditions of employment and discharge. On January 12, 2008, PLAINTIFF was arrested and falsely charged with conspiracy which resulted in my dismissal.

5. On January 12, 2008, this employer informed PLAINTIFF that he was discharged because PLAINTIFF went to the home of a woman from Cameroon and they charged PLAINTIFF with theft of over $500.00.

6. Chief J. Thomas Manger, NANCY DEMME (Commander), Officer PAK and Officer K. C. HAAK are liable of the violation of Title VII of the Civil Rights Act of 1964, as amended, because of PLAINTIFF race, Black, and national origin, Cameroon, with respect to the terms and conditions of employment and discharge

7. January 11, 2008 at or about 9:00 P.M. PLAINTIFF was apprehended at *12304 Featherwood Dr, Silver Spring MD* and questioned by members of the F.B.I. and though not under arrest, PLAINTIFF was questioned until around 10.00 P.M They then indicated that PLAINTIFF was clear and that as a Member of the Police PLAINTIFF was asked to help them in their investigation as part of my Employment with Montgomery County Police. A copy of the: (1) Law Enforcement Apprentice Program Intern Agreement, (2) Confidentiality Agreement, (3) Volunteer Agreement, (4) General Volunteer Registration Form (5) Law Enforcement Apprentice Program (LEAP) description with Montgomery County Police Department Internship is attached to this Motion as **EXHIBIT A** and incorporated by reference in it

8.  PLAINTIFF was escorted to the Wheaton Police Station by an FBI agent in his blue pick-up car, and was questioned by Officer KYE S. PAK from 10.00 P.M until around 2:19 a.m. A total of 4 hours, and PLAINTIFF signed the statement.

9.  January 12, 2008 at or about 2:50 A.M. PLAINTIFF called the number on Officer PAK's business card and was able to speak to Commander NANCY DEMME who asked PLAINTIFF to come and get his copy of the statement PLAINTIFF had signed earlier. A few hours later January 12 at or about 7:48 AM went back to get a copy, as PLAINTIFF have been told that I should get a copy of the statement.

10. January 12, 2008 at or about 3:30 A.M. while waiting for my copy, Officer K. C. HAAK with assistance of Montgomery County Police Chief J. Thomas Manger asked for my Montgomery County Police ID and violently grabbed and handcuffed me before taking me into the interrogation room and placed me under arrested without any reason. I was then transported to CPU and was imprisoned and was falsely charged with conspiracy to commit theft over $500.

11. January 12, 2008 at or about January 12 at or about 7:48 AM   PLAINTIFF received a phone call from David W. Linn his immediate supervisor announcing him that he would received a written notice of employment termination. Which Employment termination letter was by Janis Froehlich. A copy of the Letter confirm termination from Montgomery County Police Department Internship is attached to this Motion as **EXHIBIT B** and incorporated by reference in it.

12. Chief  J. Thomas Manger, NANCY DEMME (Commander), Officer PAK and Officer K. C. HAAK are liable of the violation of Title VII of the Civil Rights Act of 1964, as amended, because of PLAINTIFF race, Black, and national origin, Cameroon, with respect to the terms and conditions of employment and discharge.

AS well as violation of The United Nation Convention against Torture, and International Convention on the Elimination of Racial Discrimination

13. On or about August 20th, 2008 Equal Employment Opportunity Commission issued to PLAINTIFF Notice of Suit Rights based on the violation of Title VII of the Civil Rights Act of 1964, as amended, because of my race, Black, and national origin, Cameroon, with respect to the terms and conditions of employment and discharge. A copy of the EEOC –Notice of Suit Rights is attached to this complaint as **EXHIBIT C** and incorporated by reference in it.

14. On or about April 3rd, 2009 PLAINTIFF filed a Motion of Joinder with 3 Exhibits documents filed under seal and now pending in this court waiting Judge Decision. PAINTIFF here reiterate a Motion of joinder with more explanation.

15. On or about April 6th, 2009 PAINTIFF files a Motion to Appoint Counsel and now pending in this court pending Judge Decision. PAINTIFF reiterate here his need for Federal Court Appoint Counsel A copy of the Psychotherapist supporting this need is attached to this complaint as **EXHIBIT D** and incorporated by reference in it

16. On or about December 7, 2009 DEFENDANT by and through her undersigned attorneys submits her memorandum of grounds and authorities in support of their Motion for Summary Judgment or, in the Alternative, Motion to Consolidation file. In such, DEFENDANT by and through her undersigned attorneys admitted wrong doing

17. Therefore, PAINTIFF move to file request from this honorable court order to United States Equal Employment Opportunity Commission to further Investigate or to release the detail report of investigation under which was issued a 90 days NOTICE OF SUIT RIGHTS . A copy of the EEOC –Notice of Suit Rights is attached to this complaint as **EXHIBIT C** and incorporated by reference in it.

18. PAINTIFF also move to file amendment to include the federal crime of obstruction of justice defined by 18 U.S.C. § 1503 to include conduct that, among other things, corruptly endeavors to obstruct or impede the due administration of justice. To sustain its burden of proof, PAINTIFF prove that there was pending judicial proceeding, that DEFENDANT by and through her undersigned attorneys knew this proceeding was pending, and that the defendant then corruptly endeavored to influence, obstruct, or impede the due administration of justice. By requesting the dismissal of the procedure DEFENDANT'S Attorneys; Leon Rodriguez, Patricia P. Via, Heather A. Mulloy are liable to the federal crime of obstruction of justice defined by 18 U.S.C. § 1503 therefore should be removed from this court

19. DEFENDANT'S Attorney on or about September 8, 2009 filed a DEFENDANT'S STATUS REPORT indicating that :

   a.   *The defendant has not yet completed discovery in this matter. The defendant is awaiting ruling on outstanding motions to see whether parties will be added to the complaint prior to completing discovery. Therefore, Defendant requests an additional sixty (60) days of discovery following the rulings. Defendant has filed a Motion to Revise the scheduling Order.*

   b.   *The following motions are pending: Plaintiff's Motion for Joinder, Plaintiff's Motion for Extension of Time and Plaintiff's Motion to Compel. (...)*

   c.   *Defendant's Counsel will be filing a dispositive motion on behalf of Defendant on all issues raised against her in the Complaint. Defendant is awaiting a ruling by the Court as to additional parties, to determine whether motions are necessary.*

   d.   *This case is to be tried by Jury. It is anticipated that the trial of this case would take three (3) days."* A copy of the DEFENDANT'S STATUS REPORT is attached to this complaint as **EXHIBIT "E"** and incorporated by reference in it

20.  CONCLUSION

Defendant's Motion for Summary Judgment or, in the Alternative, Motion to Consolidate should be denied.

ORIGINAL SIGNATURE

EDMOND MACHIE
1660 International Drive
Suite 400
McLEAN VA 22102
Tel: (703) 862-2837

## CERIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December, 2009, a copy of the foregoing was sent via first class mail. Postage prepaid to:

Heather A. Mulloy
Associate County ATTORNEY
Bar No. 13952
Attorney for DEFENDANT
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700                                                    /S/

_____

EDMOND MACHIE
1660 International Drive
Suite 400
Mc Lean VA 22102
Tel: (703) 862-2837

Date: 21st day of November, 2009

**EXHIBIT A**